IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANIEL EUCLID,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:23-cv-4335-JDW |
| : | |
| **TRANSPORTATION SECURITY** : | |
| **ADMINISTRATION,** *et al.*, : | |
| Defendants. | |

## ORDER

AND NOW, this 29th day of December, 2023, it is **ORDERED** as follows:

1. Plaintiff Nathanial Euclid's Motion to Proceed *In Forma Pauperis* (ECF No. 4) is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is **DEEMED** filed;

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum;

4. Mr. Euclid may file an amended complaint on or before January 26, 2024. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Euclid's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Euclid must mind my reasons for dismissing the claims in his initial Complaint as

explained in my Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so ordered;

5. The Clerk of Court shall send Mr. Euclid a blank copy of the Court's form complaint bearing the above civil action number. Mr. Euclid may use this form to file his amended complaint if he chooses to do so;

6. If Mr. Euclid does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, then on or before January 26, 2024, he may file a notice with the Court stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case; and

7. If Mr. Euclid fails to file any response to this Order, I will conclude that Mr. Euclid intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**