IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANIEL EUCLID,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | Case No. 2:23-cv-4335-JDW |
| : | |
| **TRANSPORTATION SECURITY** : | |
| **ADMINISTRATION,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 30th day of October, 2024, upon consideration of Defendant Transportation Security Administration's Motion To Dismiss, (ECF No. 14), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum, as follows:

1. Mr. Euclid's *Bivens* claims are **DISMISSED WITH PREJUDICE**; and

2. Mr. Euclid's claims under the Federal Tort Claims Act are **DISMISSED WITHOUT PREUDICE** for lack of subject matter jurisdiction.

It is **FURTHER ORDERED** that Mr. Euclid's Motions In Opposition (ECF Nos. 17, 18) which are really just Oppositions to TSA's Motion To Dismiss, are **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

                                                                             **BY THE COURT:**

                                                        */s/ Joshua D. Wolson*
                                                        **JOSHUA D. WOLSON, J.**